IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jameel Ansari and              :
Mahdiyya Ansari,               :
                                     :
               Appellants  :
                                     :
             v.               : No. 1331 C.D. 2020
                                     : Submitted: November 4, 2022
Department of Code          :
Enforcement Valley Township,  :
Chester County             :

**PER CURIAM**

## MEMORANDUM AND ORDER

AND NOW, this 12th day of October, 2023, the above-captioned appeal and the motion to supplement the record are QUASHED based on Appellants' failure to file post-trial motions. *M.C. and E.K. Lees, Inc. v. Capenos*, 119 A.3d 1092 (Pa. Cmwlth. 2015).